# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAUNCELOT SAMUEL,<br><br>　　PLAINTIFF,<br><br>VS.<br><br><br>CITY OF CHARLACK, et al.,<br><br>　　DEFENDANTS. | Cause No: 4:12-CV-01154-RWS |

## DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiff, by counsel, and hereby dismisses the following parties from this lawsuit without prejudice:

1. Defendant City of Pine Lawn;
2. Defendant Police Officer Henry Trautwein;
3. Defendant Police Officer Brandon Lange.

**Frankel, Rubin, Bond, Dubin, Siegel & Klein, PC**

By: _____

Greg S. Kessler, USDC # 23366 MO

231 South Bemiston, Suite 1111

St. Louis, MO 63105

Telephone: 314- 725-8000/Fax: 314-726-5837

E-mail: GSK47@aol.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

1

DWOP

The undersigned hereby certifies that on October 29, 2012, the foregoing was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF Registrants:

| | |
|---|---|
| **Rick Barry** | **Timothy J. Reichardt** |
| 1750 South Brentwood, Suit 295 | 7777 Bonhomme, Avenue, Suite 1400 |
| St. Louis, MO 63144 | St. Louis, MO 63105 |
| Telephone: 314-918-8900 | Telephone: 314-862-3800 |
| Fax: 314-918-8901 | Fax: 314-862-3953 |
| E-mail: rickbarry@rickbarrypc.com | E-mail: treichardt@bmplaw.com |
| | |
| Attorneys for Defendants City of Charlack and Louis Calbreath | Attorneys for Defendants City of Pine Lawn, Brandon Lange, and Henry Trautwein |

**Elkin L. Kistner**

101 South Hanley Road, Suite 1280

St. Louis, MO 63105

Telephone: 314-571-6823

Fax: 314-727-9071

E-mail: elkinkis@bick-kistner.com

Co Counsel for Defendant
City of Charlack

_/s/ Elkin L. Kistner_