UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Launcelot Samuel

Vs.

Case No. 4:12-cv01154 RWS

City of Charlack, MO, et al

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

( )   An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

### Option 2

(✓)   A final ADR conference was held on April 12, 2013.

(✓)   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

( )   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

The ADR referral was concluded on April 12, 2013. The parties [(✓) did  ( ) did not] achieve a settlement.

### Option 3

( )   Although this case was referred to ADR, a conference WAS NOT HELD.

12 April 2013
Date

_____
Neutral, Honorable Stephen N. Limbaugh, Sr.