UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAUNCELOT SAMUEL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No: 4:12cv01154 RWS ) |
| THE CITY OF CHARLACK, MISSOURI, OFFICER LOUIS CALBREATH, CITY OF ST. ANN, OFFICER JEFFREY HACKER, CITY OF BRECKENRIDGE HILLS And OFFICER MATTHER TYLER, | ) ) ) ) ) ) |
| Defendants. | ) |

# **_DISMISSAL WITH PREJUDICE_**

Comes now Plaintiff, by counsel, and hereby dismisses this case and all Defendants with prejudice.

**Frankel, Rubin, Bond, Dubin, Siegel & Klein, PC**

By: _/s/ Greg S. Kessler_
Greg S. Kessler, USDC # 23366 MO
231 South Bemiston, Suite 1111
St. Louis, MO 63105
Telephone: 314- 725-8000/Fax: 314-726-5837
E-mail: GSK47@aol.com
Attorneys for Plaintiff

DWP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June __10__, 2013, the foregoing was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF Registrants:

Rick Barry
1750 South Brentwood, Suit 295
St. Louis, MO  63144
Telephone:  314-918-8900
Fax:  314-918-8901
E-mail:  rickbarry@rickbarrypc.com
Attorneys for Defendants City of Charlack and Louis Calbreath

Timothy J. Reichardt
7777 Bonhomme, Avenue, Suite 1400
St. Louis, MO  63105
Telephone:  314-862-3800
Fax:  314-862-3953
E-mail:  treichardt@bmplaw.com
Attorneys for Defendants City of Breckenridge Hills and Matthew Tyler

Elkin L. Kistner
101 South Hanley Road, Suite 1280
St. Louis, MO  63105
Telephone:  314-571-6823
Fax:  314-727-9071
E-mail:  elkinkis@bick-kistner.com
Co Counsel for Defendant City of Charlack

Peter J. Dunne
100 South 4th Street, Suite 400
St. Louis, MO  63102
Telephone 314-421-5545
Fax:  314-421-3144
E-mail:  dunne@pspclaw.com
Attorneys for Defendants City of St. Ann and Jeffery Hacker

_/s/ Greg S. Kessler_

DWP