UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAUNCELOT SAMUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No: 4:12cv01154 RWS |
| | ) |
| THE CITY OF CHARLACK, MISSOURI, | ) |
| OFFICER LOUIS CALBREATH, CITY OF | ) |
| ST. ANN, OFFICER JEFFREY HACKER, | ) |
| CITY OF BRECKENRIDGE HILLS | ) |
| And OFFICER MATTHER TYLER, | ) |
| | ) |
| Defendants. | ) |

*So Ordered*

*[signature] USDJ.*
*6/11/13*

## DISMISSAL WITH PREJUDICE

Comes now Plaintiff, by counsel, and hereby dismisses this case and all Defendants with prejudice.

**Frankel, Rubin, Bond, Dubin, Siegel & Klein, PC**

By: _____[signature]_____
Greg S. Kessler, USDC # 23366 MO
231 South Bemiston, Suite 1111
St. Louis, MO 63105
Telephone: 314-725-8000/Fax: 314-726-5837
E-mail: GSK47@aol.com
Attorneys for Plaintiff

DWP